UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COURTNEY ROCK AND BRIAN VAN EYCKE | CIVIL ACTION NO.: 2:20-cv-00940 |
| VERSUS | SECTION: JUDGE GREG GERARD GUIDRY (T) |
| TRACI BROWN, ELAINE DUSKIN, GEICO CASUALTY COMPANY, ABC INSURANCE COMPANY, ARTHUR CLAYTON, PROGRESSIVE CASUALTY INSURANCE COMPANY, LYFT, INC., AND INDIAN HARBOR INSURANCE COMPANY | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## CONSENT TO REMOVAL BY TRACI BROWN

Pursuant to 28 U.S.C. Sec.1446(b)(2), Defendant Traci Brown, through undersigned counsel, hereby consents to the Notice of Removal filed by Defendant Indian Harbor Insurance Company and to the removal of this case from the Civil District Court for the Parish of Orleans to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

 */s/ Donald J. Latuso, Jr.*
**Donald J. Latuso, Jr., #31495**
3510 N. Causeway Blvd., Suite 608
Metairie, LA 70002
504-831-4510x5280
1-855-752-0023 (fax)
dlatuso@geico.com
*Attorney for Traci Brown*