**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

COURTNEY ROCK, ET AL

VERSUS

TRACI BROWN, ET AL

CIVIL ACTION

NO: 20-940

SECTION: "T" (2)

## ORDER TO SHOW CAUSE

The record reflects that defendant, Elaine Duskin, was served on July 2, 2020 (R. Doc. #22).  This defendant has not filed responsive pleadings.  Plaintiffs have not moved for entry of default.

Accordingly, **IT IS ORDERED** that, absent an appearance by defendant, Elaine Duskin, plaintiffs move for entry of default on or before **August 25, 2020**, or show cause by written motion or memorandum, as is appropriate, why this defendant should not be dismissed for plaintiffs' failure to prosecute.

Failure to comply with this order may result in dismissal without further

notice. New Orleans, Louisiana, this 30th day of July, 2020.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**